# ATTACHMENT A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 18, 2019

David Bos, Esq.
Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004

      Re:    United States v. Delonte Brown, 18-266 (RJL)

Dear Mr. Bos:

    I am writing to provide you with Bates Stamped discovery and notice regarding the above-captioned case consistent with Rule 16 of the Federal Rules of Criminal Procedure. Please contact me should you client desire a plea offer.

**I.    Discovery**

    **A.    Documents**

    On September 12, 2019, the government provided the below listed documents to you by electronic mail. We are providing the same documents again and they are Bates Stamped 001-040.

1. Indictment (001).
2. Judgment in U.S. v. Delonte Brown, case number 2019CTF010192 (002-003), Superior Court of the District of Columbia.
3. Judgment in U.S. v. Delonte Brown, case number 2019CMD010245 (004-005), Superior Court of the District of Columbia.
4. Judgment in U.S. v. Delonte Brown, case number 2019CF3011441 (006), Superior Court of the District of Columbia.
5. Judgment in U.S. v. Delonte Brown, case number 2019CF2011457 (007), Superior Court of the District of Columbia.
6. Judgment in U.S. v. Delonte Brown, case number 2019CMD020524 (008), Superior Court of the District of Columbia.

7. Judgment in U.S. v. Delonte Brown, case number 2019CMD009210 (009), Superior Court of the District of Columbia.
8. Letter dated July 19, 2018, to the Honorable Maria Elizabeth Raffinan regarding failure to report (010).
9. Furlough Application – Approval and Record (011-012).
10. Notice of Release and Arrival (013).
11. Prisoner Release Notification (014-015).
12. Memorandum dated July 19, 2018, to F. Entzel, Warden (016).
13. Notice of Escaped Federal Prisoner (017).
14. Judgment in criminal case number 2017CF3011441 (018-019).
15. Authorized Unescorted Commitments and Transfers (020).
16. Transfer Order (021).
17. Travel Itinerary for Delonte Brown (022).
18. Notice of Release and Arrival (023).
19. Prisoner Release Notification (024-025).
20. Authorized Unescorted Commitments and Transfers (026).
21. Transfer Order (027).
22. Notice of Release and Arrival (028).
23. Prisoner Release Notification (029-030).
24. Travel Itinerary for Delonte Brown (031).
25. Notice of Release and Arrival (032).
26. Prisoner Release Notification (033-034).
27. Electronic mail dated July 19, 2018, from the Residential Reentry Office staff member (035-036).
28. Supervision Release Plan (037).
29. Institutional Referral for RRC Placement (038).
30. Notice of Escaped Federal Prisoner (039).
31. Memorandum dated July 19, 2018, to F. Entzel, Warden (040).

**B.  Evidence**

    **1.  Physical Evidence**

At trial the government may seek to introduce any of the documents produced in discovery.

    **2.  Inspection**

Upon request, you are entitled to inspect and copy or photograph certain books, papers, documents, photographs, tangible objects, buildings or places that are within the possession, custody or control of the government. *See* Fed. R. Crim. Pro. 16(a)(1)(E). If you would like to view any of the evidence listed above or described on the police reports for this case, please contact me immediately and we can make arrangements for you, or your certified investigator, to inspect the evidence. These arrangements will include a condition that you not raise any objection to the admissibility of such evidence at trial because of the break in the chain-of-custody occasioned by your inspection.

3. **Reports of Examinations or Tests and Experts**

At this time we do not anticipate any expert witnesses. No examinations and tests have been conducted.

C. **Rule 404(b) Evidence**

The government is reviewing this case and will provide the required notice should we decide to seek to admit Rule 404(b) evidence.

D. **Defendant's Statements**

At this time, we are not aware of any statements by your client.

E. **Defendant's Criminal Convictions**

At this time, we are aware of the following adult criminal convictions for your client:

| Charge | Court/Jurisdiction | Date |
|---|---|---|
| Possession of a Controlled Substance 2019CMD010245 | Superior Court of the District of Columbia | 08/28/2019 |
| Driving Under the Influence of Alcohol or Drugs 2019CTF010192 | Superior Court of the District of Columbia | 08/28/2019 |
| Attempted Assault with a Dangerous Weapon Shot Foot | Superior Court of the District of Columbia | 07/20/2017 |
| Bail Reform Act (Felony) 2017CF2011457 | Superior Court of the District of Columbia | 07/20/2017 |
| Attempted Threats to do Bodily Harm (Misdemeanor) and Attempted Possession of Prohibited Weapon 2016CMD020524 | Superior Court of the District of Columbia | 03/13/2017 |
| Simple Assault and Threats to do Bodily Harm (Misdemeanor) 2014CMD009210 | Superior Court of the District of Columbia | 12/10/2014 |

E. **Brady Information**

The government is unaware of any Brady information at this time. Should we learn of any Brady information, we will disclose it in accordance with our Brady obligations.

F. **Government's Discovery Requests**

This letter also constitutes the Government's demand for pretrial discovery consistent with Federal Rule of Criminal Procedure 16(b). We therefore request the opportunity to inspect and/or copies of the following items:

a. Any documents or other physical objects intended to be introduced as exhibits of the defendant at trial; or which are prepared by a witness whom the defendant intends to call at trial;

b. any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence at trial, or which are prepared by a witness whom the defendant intends to call at trial when the results or reports relate to the testimony of such witness; and

c. a copy of a written summary of potential expert witness testimony.

Thank you for your prompt attention to this matter. If you have any questions or concerns, please contact me at your convenience at (202) 252-7740.

JESSIE K. LIU
U.S. Attorney

By: *Karla-Dee Clark*
Karla-Dee Clark
Assistant United States Attorney

Encl.: